UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

PHILLIS S BYRGE

v.  Case No.: 3:16–cv–00136–TRM–CCS

PREMIUM COAL CO., INC

ORDER SETTING CASE MANAGEMENT CONFERENCE

    In accordance with Federal Rules of Civil Procedure, a case management conference before United States District Judge Travis R. McDonough will be held at 10:30 AM on Thursday, June 9, 2016, in Room 357, 900 Georgia Avenue, Chattanooga, Tennessee. Counsel should direct any request to reschedule to mcdonough_chambers@tned.uscourts.gov, with a copy to other counsel. Counsel should arrange to attend the scheduling conference in person.

    The Court expects counsel to be prepared to engage in a substantive conversation concerning the case, including the substance of the parties' legal theories, the facts in dispute, anticipated evidence, and any and all issues contemplated in Rule 16(a)(1) – (5) and 16(c)(2)(A) – (P).

    The parties must comply with Rule 26(a)(1), requiring certain initial disclosures, and Rule 26(f), requiring a discovery planning meeting and filing a report of the discovery planning meeting with the Court, before the case management conference.

    Pursuant to L.R. 16.1(b), each party who is not proceeding pro se shall be represented by an attorney who has the authority to bind that party regarding all matters identified by the Court for discussion at the conference and all reasonably related matters.

    The Court expects counsel to have reviewed the form scheduling order available at http://www.tned.uscourts.gov/docs/judges/mcdonough_scheduling_order.pdf and to have reviewed the judicial preferences available at http://www.tned.uscourts.gov/preferences.php?judge=19 before attending the conference.

    Prior to attending this conference, counsel should discuss with their clients whether the parties will consent to have a United States Magistrate Judge conduct all further proceedings including trial and entry of a final judgment. Counsel may obtain a consent form at http://www.uscourts.gov/file/459/download.

    /s/ Travis R. McDonough
    TRAVIS R. MCDONOUGH
    UNITED STATES DISTRICT JUDGE