UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Phillis S Byrge o/b/o Estate of Reddin Byrge

        Plaintiff,

v.                              Case No.  3:16-cv-00136

Premium Coal Co., Inc. and Old Republic Ins. Co.

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Mark E. Solomons

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑    I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    District of Columbia, New York

☑    AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

$$\boxed{OR}$$

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐    An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature—hand signed)

Name: Mark E. Solomons

Firm:   Greenberg Traurig, LLP
Address:

    2101 L Street, N.W. Suite 1000 Washington, DC 20037

Email address: solomonsm@gtlaw.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tncd.uscourts.gov/RegistrationForm.php.

## * * * INCLUDE CERTIFICATE(S) OF SERVICE * * *

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Richard T. Scrugham, Jr.
Richard T. Scrugham, Jr.
**FRANTZ, McCONNELL & SEYMOUR, LLP**

S:\WDOX\CLIENTS\2\0200384\MOTIONS\01406820.DOC

1

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the

District of Columbia, do hereby certify that:

### MARK E. SOLOMONS

was, on the __5th__ day of __December__ A.D. __1994__ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this __20th__ day of __April__ A.D. 2016.

**ANGELA D. CAESAR,** CLERK

By: _____
**Public Operations Administrator**



I, *JULIO A. CASTILLO*, *Clerk of the District of Columbia Court of Appeals, do hereby certify that*

## MARK E. SOLOMONS

*was on* **MARCH 16, 1981** *duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **April 14, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
          Deputy Clerk