UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PHILLIS S. BYRGE, on behalf of the Estate of REDDIN BYRGE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:16-CV-136-CCS |
| PREMIUM COAL CO. INC. *et al.*, ) ) | |
| Defendants. ) | |

## ORDER

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, The Plaintiff's Motion for Summary Judgment [**Doc. 17**] is **GRANTED**. The Plaintiff is entitled to the 20% additional compensation and interest on that 20% additional compensation from March 25, 2013, to February 23, 2015. There being no further issues in this matter, the Clerk of Court is **DIRECTED to CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge


ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
   CLERK OF COURT