UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| PHILLIS S. BYRGE on behalf of the Estate of REDDIN BYRGE, <br><br> Plaintiff, <br><br> v. <br><br> PREMIUM COAL CO., INC., *et al.* <br><br> Defendants. | Case No. 3:16-cv-136-CCS |

## ORDER GRANTING JOINT MOTION TO APPROVE AGREED FEES AND COST AWARD

Having received the parties' Joint Motion to Approve Agreed Fees and Cost Award, the Court grants the requested motion.

It is ORDERED that the Defendants shall pay Appalachian Citizens' Law Center $20,000 for its work in this matter.

This the 12th day of February, 2018.

C. CLIFFORD SHIRLEY
U.S. MAGISTRATE JUDGE